24,009-07

Jeff Leggett
590716 Darrington
59 Darrington Road
Rosharon, TX 77583

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 11 2015

Abel Acosta, Clerk

August 6, 2015

Kenneth R. Shutze
P.O. Box 12308
Austin, TX 78711-2308

Dear Mr. Shutze:

I have been in prison about 25 years for a crime I did not commit. I have new evidence and new statements that I have been unable to present to the court because two people made mistakes- me and you. My mistake was that I gave the title, writ of habeas corpus, to pleadings that were actually petitions for writ of mandamus. Your mistake was that you instructed the trial court to treat them as 11.07 writs although they did not challenge the conviction. I was cited for abuse of the writ when I should not have been. That has caused me never to be able to file a writ challenging my conviction. I was wondering if you would be willing to admit that you made this mistake?

Sincerely,

Jeff

Enc: Your letter



THOMAS LOWE
CLERK

RICHARD WETZEL
EXECUTIVE ADMINISTRATOR

# Court of Criminal Appeals

### State of Texas
### Box 12308
### Capitol Station
### Austin 78711

November 2, 1993

MICHAEL J. McCORMICK
PRESIDING JUDGE

SAM HOUSTON CLINTON
CHUCK MILLER
CHARLES F. (CHUCK) CAMPBELL
BILL WHITE
CHARLES F. (CHARLIE) BAIRD
MORRIS L. OVERSTREET
FRANK MALONEY
LAWRENCE E. MEYERS
JUDGES

District Clerk
Tom Green County
112 W. Beauregard
San Angelo, Texas 76903

Re:  Jeff Leggett
     Writ No. 24,009

Dear Clerk,

    This is to inform you that the above-referenced individual has advised this Court that he has filed writs in your office pursuant to Article 11.07, § 2, V.A.C.C.P.  These are two different writs not attacking his convictions but should be filed as 11.07 writs.  He states that 35 days have elapsed, and no action has been taken.  We have checked our records and at this time do not show these writs as pending in this Court.

    After you have had an opportunity to check into this matter, please advise this Court of the status of the application or forward a transcript containing the documents described in 11.07, §§ 2(c) or 2(d).

                    Sincerely,

                    Kenneth R. Schutze
                    Staff Attorney

KRS:ch
cc:
Presiding Judge
119th District Court
112 W. Beauregard
San Angelo, Texas 76903

Tom Green Co. District Attorney
112 W. Beauregard
San Angelo, Texas 76903

Jeff Leggett
TDCJ-ID #590716
Beto I Unit
P.O. Box 128
Tenn. Colony, Texas 75880-0128